Magistrate Judge David W. Christel

```
_____ FILED     _____ LODGED
         _____ RECEIVED
           May 09, 2025
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TORIN LePAGE,<br><br>Defendant. | NO. 3:25-mj-05193<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Section 922(g)(1) |

BEFORE, DAVID W. CHRISTEL, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

**(Unlawful Possession of a Firearm)**

On or about May 5, 2025, in Skamania County, within the Western District of Washington, TORIN LePAGE, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. LePage*
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

      i.   *Conspiracy to Commit Access Device Fraud and Aggravated Identity Theft*, in the United States District Court for the District of Oregon, case number 3:21-CR-00054-IM-2, on or about February 2, 2022,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: two 3D printed personally made firearm (PMF) frames.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, Special Agent Nathan Miller, being first duly sworn on oath, depose and say:

1. I am Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Seattle Field Office. I completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training in Glynco, Georgia, in 2014. As a Special Agent with ATF, my duties and responsibilities have included conducting criminal investigations for possible violations of federal law including violations of Title 18, United States Code, Section 922(g)(1) (*Felon in Possession of a Firearm*), Title 18 Unites States Code, Section 933(a)(1) (*Firearms Trafficking*), and Title 21, United States Code, Sections 841(a)(1) and 846 (the Drug Abuse Prevention and Control Act of 1970) *(Distribution, Possession with Intent to Distribute, and Conspiracy to Manufacture or Distribute Controlled Substances)*. Additionally, I have training and experience related to the seizure and analysis of cellular phones and the information contained within. I am also a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am authorized by law to conduct investigations and to make arrests for felony offenses.

Complaint - 2
*United States v. LePage*
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2. In the last several years, I have become knowledgeable about and have worked multiple cases involving the 3D printing of firearms, the conversion of firearms into machineguns, and the manufacture and trafficking of silencers and machinegun conversion parts. As such I am familiar with the modus operandi of those conducting violent crime, narcotics related crimes with firearms and the illegal manufacture and trafficking of firearms.

3. Title 21, United States Code, Section 921(a)(3) defines a "firearm" as: (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; (D) or any destructive device.

4. On May 5, 2025, agents executed three search warrants (3:25-mj-05167) issued by this Court related to the investigation of Torin LePage for the unlawful possession of firearms and smuggling contraband (i.e., controlled substances) into Washington Department of Corrections facilities. In sum, DOC personnel discovered text messages between a DOC offender and LePage (who is also under DOC supervision) showing that LePage and the other offender were working together to smuggle narcotics into DOC's Stafford Creek facility. I know, based on training and experience, that one of the common methods for smuggling synthetic marijuana (also known as K2 or Spice) into prison/jail is to spray/soak paper documents with the synthetic marijuana and mail the documents into prison/jail. Once the documents are in the jail, inmates rip off pieces of the paper (commonly called strips) which has been soaked with the synthetic marijuana, and then smoke or ingest the paper directly to feel the effects of the narcotic. The text messages discussed what page numbers the narcotics are laced on ("He called earlier. I gave him the page numbers.") and that LePage wanted to get $1,000.00 a "page," or $25.00 for a "strip." Some of those text messages appear below. LePage's

Complaint - 3
*United States v. LePage*
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  messages are in the blue bubbles (on the right) and the other DOC offender's messages
2  are in the white bubbles (on the left).



5.  In other text messages, LePage offered to sell personally manufactured firearms (PMF)s, commonly referred to as "ghost guns." When the other DOC offender asked LePage, "They're ghost guns?," LePage responded, "Yeah." LePage additionally wrote, "I keep the g19 myself, 17 round mag." I understand "g19," based on my training and experience, to be a reference to a Glock 19 style PMF pistol, chambered in 9mm. LePage continued discussing his manufacture of PMFs and stated the materials cost $300.00 and he would like to sell them for $450.00. LePage sent a photograph of a lower receiver for a PMF pistol to the SOI while discussing the sale of firearms.

Complaint - 4
United States v. LePage
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



6. One of the warrants agents executed was for Torin LePage's primary residence in Stevenson, Washington. Agents executed the warrant in the afternoon on May 5, 2025, after observing LePage exit the residence.

7. Agents seized multiple items of evidence related to narcotics possession, smuggling contraband, and the manufacture of 3D PMF pistol frames to include two 3D printed pistol frames and a 3D printer. Agents additionally seized a partially printed frame and slide with barrel, 282 grams of smokeless powder, small quantities of suspected fentanyl and methamphetamine, and individually packaged soaps that tested positive for cocaine. A photograph of some of the seized evidence appears below.

Complaint - 5
United States v. LePage
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



8. During this investigation, I determined a known phone number for LePage was 360-409-6077. The cell phone utilizing 360-409-6077 was seized from LePage's pants pocket while he was detained during the search warrant execution. This was the same phone number LePage utilized when discussing the smuggling of contraband into DOC facilities and when offering to sell firearms, as described above.

9. I have reviewed court and law enforcement records related to LePage's criminal history. These records show LePage is a convicted felon, which prohibits him from possessing firearms. Specifically, LePage was convicted in the United States District Court, District of Oregon. On February 2, 2022, he was sentenced to serve 24 months in prison.

10. Based on the above facts, I respectfully submit that there is probable cause to believe that LePage did knowingly and intentionally possess a firearm in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//

Complaint - 6
United States v. LePage
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

11. This Complaint is being presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

NATHAN MILLER
Digitally signed by NATHAN MILLER
Date: 2025.05.09 12:50:33 -07'00'

Nathan Miller
Special Agent, ATF

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this __9th__ day of May, 2025.

DAVID W. CHRISTEL
United States Magistrate Judge

Complaint - 7
*United States v. LePage*
USAO No. 2025R00553

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800